IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONTWONE M. SPENCER, ) | No. C 06-6579 JSW (PR) |
| ) Plaintiff, ) | ORDER OF DISMISSAL |
| ) vs. ) | |
| ) SAN QUENTIN STATE PRISON, ) | |
| ) Defendants. ) | |

On October 23, 2006, Plaintiff filed a *pro se* civil rights action in this Court. On that same day, the Clerk of Court sent a notification to Plaintiff informing him that he had neither paid the filing fee nor submitted an application for leave to proceed *in forma pauperis*. The Court provided a copy of the correct *in forma pauperis* application, along with a return envelope, and a notification that the case would be dismissed if Plaintiff failed to pay the fee or file the completed application within thirty days. More than thirty days have passed and Plaintiff has not responded. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee. The Clerk shall close the file and enter judgment in this matter.

IT IS SO ORDERED.

DATED: April 10, 2007

JEFFREY S. WHITE
United States District Judge